■ In the Matter of MARY MEYER OSBORN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [990 NYS2d 433]—

A certified copy of plea minutes having been filed showing that Mary Mayer Osborn was convicted of grand larceny in the second degree, a class C felony, she is disbarred and her name is stricken from the roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed July 29, 2014.)